IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL LAWRENCE ALEXANDER,

    Petitioner,               No. 2:08-cv-1817-JFM (HC)

    vs.

DERRAL G. ADAMS, Warden,

    Respondent.            <u>ORDER</u>

                            /

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 6, 2008, respondent filed a request for extension of time in which to file a response to the petition pursuant to this court's August 22, 2008 order. Good cause appearing, respondent's request will be granted.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent's October 6, 2008 request is granted (docket no. 10); and

        2. Respondent shall comply with this court's August 22, 2008 order on or before November 5, 2008.

DATED: October 14, 2008.

                                      UNITED STATES MAGISTRATE JUDGE

/001; alex1817.eot