RICHARD T. DUDEK SBN 149365
LAW OFFICE OF RICHARD T. DUDEK
CERTIFIED CRIMINAL LAW SPECIALIST
STATE BAR OF CALIFORNIA
BOARD OF LEGAL SPECIALIZATION
901 H STREET, SUITE 100
SACRAMENTO, CA 95814
TELEPHONE: (916) 444-7595

Attorney for Petitioner:
Paul Lawrence Alexander

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LAWRENCE ALEXANDER,<br><br>          Petitioner,<br>     v.<br><br>DERRAL G. ADAMS, Warden<br>Corcoran State Prison,<br><br>          Respondent. | 2:08-cv-1817-JFM (HC)<br><br>ORDER ON PETITIONER'S APPLICATION TO EXTEND TIME TO FILE TRAVERSE |

Good cause being shown, IT IS HEREBY ORDERED that petitioner's January 20, 2009 application to extend time to file his traverse for thirty days (#19) is granted. Petitioner shall file his traverse no later than February 22, 2009.

DATED: January 21, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; alex1917.eot