IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL LAWRENCE ALEXANDER,

    Petitioner,               No. 2:08-cv-1817 LKK JFM (HC)

    vs.

DERRAL G. ADAMS, Warden,

    Respondent.           ORDER

_____/

        On November 6, 2009, respondent requested permission to file a late response to petitioner's motion to expand the court record, accompanied by the opposition. Good cause appearing, respondent's request will be granted. On November 9, 2009, respondent filed a request to continue the hearing on petitioner's motion to expand the court record from November 12, 2009 to November 19, 2009, at 11:00 a.m. before the undersigned. Counsel for petitioner agreed to the continuance. Accordingly, the hearing will be continued.

        IT IS HEREBY ORDERED that:

        1. Respondent's November 6, 2009 request for an extension of time is granted;

        2. Respondent's November 6, 2009 opposition is deemed timely filed.

        3. Respondent's November 9, 2009 request for continuance is granted; and

1

4. Hearing on petitioner's motion to expand the record is continued from November 12, 2009, to Thursday, November 19, 2009, at 11:00 a.m. in Courtroom #26 before the undersigned.

DATED: November 10, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; alex1817.111